AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:  3:17-cr-00269-AN-1 |
| Scott Pimentel | ) | USM No:  15227-022 |
| | ) | |
| Date of Original Judgment: _____09/18/2018_____ | ) | Michelle M. Sweet |
| Date of Previous Amended Judgment: _____ | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Any)* | | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☑ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____168____ months **is reduced to** ___151 months___ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____09/18/2018____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____04/23/2024_____        ___Adrienne Nelson___
                                                                        *Judge's signature*

Effective Date: _____        Adrienne Nelson, U.S. District Judge
          *(if different from order date)*                    *Printed name and title*